**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1363**

ELLA M. ALSTON,

             Plaintiff - Appellant,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, District Judge.
(1:10-cv-03446-BEL)

Submitted:  July 19, 2012           Decided:  July 23, 2012

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ella M. Alston, Appellant Pro Se.   Thomas Harold Barnard,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ella M. Alston appeals the district court's order dismissing with prejudice her employment discrimination claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alston v. Astrue, No. 1:10-cv-03446-BEL (D. Md. Feb. 28, 2012). We deny Alston's motions for appointment of counsel and to supplement record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED